# EXHIBIT 1

Page 1

5N THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


FRANCOIS RENIA AND ETHAN       )
MERBAUM, individually and      )
on behalf of other             )
similarly Situated persons,    )
                               )
        Plaintiffs,            )
                               )
    -vs-                       )  CASE NO.  6:19-CV-01724
                               )           CEM-DCI
                               )
CURTIS PROTECTIVE              )
SERVICES, INC.,                )
                               )
        Defendant.             )



DEPOSITION OF JOHN CAMPBELL

TAKEN ON BEHALF OF THE PLAINTIFFS

ON AUGUST 4, 2020




Reported by
Darla D. Thompson
Missouri CCR Number 553
Illinois CSR Number 084-004136

---

Bi-State Reporting, Inc.

1204 Seasons Drive
Godfrey, Illinois  62035
1204 Seasons Dr
Missouri (314)805-6578          Illinois (618)466-2039

37be1c3c-22fe-4ad4-90b1-6260ea84241d

Page 136

1    not paying her for any of her work time?

2          A.   For proper hours?  For not paying her for

3    any legitimate hours?

4          Q.   Yes.

5          A.   Oh, no.  She should be paid for everything

6    she is properly owed.

7          Q.   Did Mr. Merbaum do anything which CPSI

8    believes justifies not paying him for any of his

9    actual work hours?

10         A.   No.  He should be paid for his actual work

11   hours.

12         Q.   Who made the decisions that Mr. Merbaum

13   would no longer work at CPSI?

14         A.   That decision was never made.

15         Q.   Did Mr. Merbaum just stop coming to work?

16         A.   Just stopped coming to work.

17         Q.   Had Mr. Merbaum ever been told that he has

18   been taken off of the schedule?

19         A.   No.  No, I don't think so.  Oh, yes.  I'm

20   sorry.  He was told he was taken off the schedule.

21   He had failed to show up for a shift, and the

22   operating policy in our company is that, when we

23   have an officer that fails to show up for a

24   scheduled shift without excuse or calling in, they

25   have to come in and speak with Major Delia to make

Page 137

1    sure that we don't have a misunderstanding or

2    continued problem.

3         Q.    Was Mr. Merbaum told that in writing, such

4    as an e-mail or text or letter, or was it verbal?

5         A.    No.  I believe it was an e-mail.

6         Q.    Who sent that e-mail?

7         A.    I don't remember.

8         Q.    When was the shift that Mr. Merbaum

9    missed?

10        A.    I do not -- I did not bring that

11   information.  I apologize.

12        Q.    Let me mark a document as Exhibit 7.  And

13   this is Bates 193.

14              (The Court Reporter marked Plaintiff's

15   Exhibit 7.)

16        Q.    (By Mr. Potashnick) Let me know when you

17   have a copy of this in front of you, Mr. Campbell,

18   please.

19        A.    Okay, 193.

20        Q.    Have you seen this document before today?

21        A.    Let me just take a moment to read it.

22              Okay.  I remember I have read this memo.

23        Q.    Were you aware of Mr. Merbaum missing a

24   shift before you saw this memo?

25        A.    I don't recall.  I don't remember when I

37be1c3c-22fe-4ad4-90b1-6260ea84241d

Page 138

1    became aware of it.

2         Q.   Who is M. Tulip?

3         A.   He's our office manager.

4         Q.   Does Mr. Tulip still work for CPSI?

5         A.   Yes.

6         Q.   When did Mr. Tulip write this e-mail that

7    is Exhibit 7?

8         A.   When did he write it?

9         Q.   Yes.

10        A.   I can just see on the date when it was

11   sent, April 20th, but I don't know when it was

12   written.  I presume it was written at the time.

13        Q.   At that point, would you agree with me

14   that Mr. Merbaum had not worked for CPSI for about

15   ten-months?

16        A.   I don't know the time, but this is

17   April 20th, and he was gone long before that, yeah.

18        Q.   What led up to Mr. Tulip writing this

19   e-mail?

20        A.   I probably asked him for clarification on

21   Merbaum.

22        Q.   Why did you do that?

23        A.   Probably because of this civil suit.

24        Q.   Probably because of what?

25        A.   Because of this civil suit.

37be1c3c-22fe-4ad4-90b1-6260ea84241d

Page 142

1    Strike that.

2              Other than missing a meeting, when

3    Mr. Merbaum was invited to come in and talk about

4    missing a shift, were there any other reasons for

5    the end of his employment with CPSI?

6         A.   Well, we didn't end his employment.   He

7    stopped coming in, as you can see by this letter.

8    But, yeah, we were having difficulties with his

9    behavior and conduct as an employee.

10        Q.   I mean, did anybody consider those

11   difficulties with his behavior and conduct in

12   deciding to terminate his employment?

13        A.   Well, he wasn't terminated.   An officer

14   isn't terminated until they meet with Delia, and

15   then he will make the recommendation.

16        Q.   What issues with Mr. Merbaum's behavior

17   and conduct were you referring to a moment ago?

18        A.   His sleeping on duty, being uncooperative

19   with our client.

20        Q.   Which client was he being uncooperative

21   with?

22        A.   That health center on Mercy Drive.

23        Q.   How was he uncooperative with them?

24        A.   Well, he -- they were having difficulty

25   getting him to simply be compliant with some of the

37be1c3c-22fe-4ad4-90b1-6260ea84241d