# **EXHIBIT 2**

**From:** Tulip.M@CurtisServices.org <Tulip.M@CurtisServices.org>
**Sent:** Monday, April 20, 2020 12:57 PM
**To:** Campbell.J@CurtisServices.org
**Subject:** Officer Merbaum last shift Mercy Drive Clinic

Sir,
Just want to send the report regarding Ofc Merbaum and my last communication. I know this day fell on a Friday as it is a 7am start time at his scheduled site Community Health Mercy. I got in that morning and was told Ofc Merbaum had not shown for work, I then called the officer and got in contact with him and let him know he was late for his shift. The officer let me know he would get ready and head in asap. About 30-45 minutes later I called for an eta on his arrival and the officer did not answer. I called a few times after this and the officer never answered. Do to no answer the shift remain covered by another officer. I do know there were later contact attempts to let the officer know he needed to schedule a disciplinary meeting but again this officer stopped answering his phone. That is all at this time.

Insp. Tulip
Curtis Services
1-800-551-8368