UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

---

**FRANCOIS RENIA and ETHAN MERBAUM,**

    **Plaintiffs,**

**v.**                                            Case No. 6:19-cv-1724-CEM-DCI

**CURTIS PROTECTIVE SERVICES, INC.,**

    **Defendant.**

| **UNITED STATES DISTRICT JUDGE:** | Carlos E. Mendoza | **COURTROOM:** | 5B |
|---|---|---|---|
| **DEPUTY CLERK:** | Maria Hernandez | **COUNSEL FOR PLAINTIFF:** | Mark Potashnick, Joseph Wood |
| **COURT REPORTER** | Suzanne Trimble trimblecourtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** | Robert Anthony, Mary Fritz |
| **DATE/TIME:** **TOTAL TIME:** | January 27, 2022 10:14 AM – 10:24 AM 10 Minutes | | |

**CLERK'S MINUTES**
**TELEPHONIC STATUS CONFERENCE**

Case called. Appearances taken.

The Court addresses matters with both parties.

The Court hears argument from the plaintiff and the defendant.

Court is adjourned.